ROBERT MCCARTY V. THE STATE.

No. 9848.   Delivered April 14, 1926.

**Murder—Death of Appellant—Appeal Dismissed.**

It appearing by proper affidavit duly executed and filed in this court that pending this appeal the appellant has died, the state's motion to dismiss the appeal is granted.

Appeal from the Criminal District Court of Tarrant County. Tried below before the Hon. Geo. E. Hosey, Judge.

Appeal from a conviction of murder, penalty forty-seven years in the penitentiary.

No brief filed for appellant.

*Sam D. Stinson,* State's Attorney, and *Robert M. Lyles,* Assistant State's Attorney, for the State.

LATTIMORE, JUDGE.—Appellant was convicted in the Criminal District Court of Tarrant County of murder, and his punishmen fixed at forty-seven years in the penitentiary.

By proper affidavit duly executed and filed in this court it is made to appear that pending this appeal appellant has died.

The state's motion to dismiss the appeal is granted.

*Dismissed.*